**No. 10-5637. Anna M. Buenrostro, Petitioner v. Department of Justice.**

562 U.S. 932, 131 S. Ct. 330, 178 L. Ed. 2d 215, 2010 U.S. LEXIS 7429, ▮▮▮▮

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 370 Fed. Appx. 115.

**No. 10-5638. Vivian Ann Burnett, Petitioner v. City of Jacksonville, Florida, et al.**

562 U.S. 932, 131 S. Ct. 330, 178 L. Ed. 2d 215, 2010 U.S. LEXIS 7272.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 376 Fed. Appx. 905.

**No. 10-5639. Luis Altamirano-Quintero, Petitioner v. United States.**

562 U.S. 933, 131 S. Ct. 331, 178 L. Ed. 2d 215, 2010 U.S. LEXIS 7244.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 379 Fed. Appx. 764.

**No. 10-5640. Lisa Barnes-McNeely, Petitioner v. Arkansas Department of Health and Human Services, et al.**

562 U.S. 933, 131 S. Ct. 395, 178 L. Ed. 2d 215, 2010 U.S. LEXIS 7546.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 366 Fed. Appx. 710.

**No. 10-5641. Joel R. Ramos, Petitioner v. Washington.**

562 U.S. 933, 131 S. Ct. 331, 178 L. Ed. 2d 215, 2010 U.S. LEXIS 7480.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Washington, Division 3, denied.

Same case below, 152 Wash. App. 684, 217 P.3d 384.

**No. 10-5643. Maria Calderon, Petitioner v. Evergreen Owners, Inc., et al.**

562 U.S. 933, 131 S. Ct. 331, 178 L. Ed. 2d 215, 2010 U.S. LEXIS 7263, ▮▮▮▮

October 4, 2010. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, Second Judicial Department, denied.

Same case below, 70 App. Div. 3d 742, 895 N.Y.S.2d 154.

**No. 10-5644. Glenn Dell Cook, Petitioner v. United States.**

562 U.S. 933, 131 S. Ct. 331, 178 L. Ed. 2d 215, 2010 U.S. LEXIS 7618.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 599 F.3d 1208.